# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| BEN WILLARD WATKINS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 3:21-CV-301-DCLC-JEM |
| JAMES BERRONG, | ) ) ) | |
| Respondent. | ) ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, Respondent's motion to dismiss the petition [Doc. 14] is **GRANTED** on the ground that the petition is time-barred, Petitioner's motion for leave to submit documentation [Doc. 11] is **DENIED as moot**, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker  
United States District Judge

ENTERED AS A JUDGMENT

*s/LeAnna Wilson*  
CLERK OF COURT